**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| 1055 Wetmore PLLC, | No. CV-23-00542-TUC-JCH (MSA) |
| Plaintiff, | **ORDER** |
| v. | |
| TARC Construction Incorporated, et al., | |
| Defendants. | |

Having reviewed the parties' stipulation to dismiss the counterclaim ("Counterclaim") filed by TARC Construction Inc. (Doc. 17), and good cause appearing, IT IS ORDERED the Counterclaim is dismissed without prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear its own costs and attorneys' fees.

Dated this 12th day of March, 2024.

John C. Hinderaker
United States District Judge